**Order entered November 30, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00530-CV

## IN THE INTEREST OF I.F., E.F. AND F.F., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-21932**

### ORDER

As directed by this Court, appellant has provided written verification that he has filed a Statement of Inability to Afford Payment of Court Costs in the trial court. *See* TEX. R. CIV. P. 145(b). Accordingly, we **ORDER** Court Reporter Yolanda Atkins to file the reporter's record without payment of costs **WITHIN THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Atkins and all parties.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE